# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Northern Sr, Robert J

Printed: 03/24/09

Case Number:  05 B 47791
Judge:  Wedoff, Eugene R
Filed:  12/6/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed:  February 26, 2009
Confirmed:  March 2, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,915.00 |  |
| Secured: |  | 5,080.77 |
| Unsecured: |  | 2,928.08 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,184.00 |
| Trustee Fee: |  | 607.15 |
| Other Funds: |  | 115.00 |
| Totals: | 10,915.00 | 10,915.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,184.00 | 2,184.00 |
| 2. | National Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | National Home Loan Services | Secured | 12,672.34 | 4,945.77 |
| 4. | City Of Chicago | Secured | 135.00 | 135.00 |
| 5. | Cook County Treasurer | Secured | 365.00 | 0.00 |
| 6. | AAA Checkmate LLC | Unsecured | 52.87 | 363.06 |
| 7. | Brother Loan & Finance | Unsecured | 64.31 | 441.64 |
| 8. | City Of Chicago | Unsecured | 0.38 | 2.64 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 200.00 | 1,373.57 |
| 10. | Sir Finance Corporation | Unsecured | 108.80 | 747.17 |
| 11. | Capital One | Unsecured |  | No Claim Filed |
| 12. | Child Support Division | Unsecured |  | No Claim Filed |
| 13. | Mercy Hospital | Unsecured |  | No Claim Filed |
| 14. | Medical Collections | Unsecured |  | No Claim Filed |
| 15. | Creditors Financial Group | Unsecured |  | No Claim Filed |
| 16. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 17. | Capital One | Unsecured |  | No Claim Filed |
| 18. | Secretary Of State | Unsecured |  | No Claim Filed |
| 19. | Sprint | Unsecured |  | No Claim Filed |
| 20. | Check N Go | Unsecured |  | No Claim Filed |
| 21. | Credit Protection Association | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,782.70 | $ 10,192.85 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Northern Sr, Robert J

Printed: 03/24/09

Case Number:  05 B 47791

Judge:  Wedoff, Eugene R

Filed:  12/6/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 86.45 |
| 5% | 42.61 |
| 4.8% | 87.08 |
| 5.4% | 184.24 |
| 6.5% | 140.84 |
| 6.6% | 65.93 |
| | $ 607.15 |

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

